# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HARRY BROCKMEIER, JR.,

        Plaintiff,             :        Case No. 3:12-cv-327

                                             District Judge Walter Herbert Rice

     -vs-                             Magistrate Judge Michael R. Merz

                              :

GREATER DAYTON REGIONAL
 TRANSIT AUTHORITY,

        Defendant.

---

# TRANSFER ORDER

---

       With the consent of both of them and to balance the workload in light of the transfer to Magistrate Judge Merz of a case on which Magistrate Judge Newman recused himself, it is hereby ORDERED that the reference herein be transferred from Magistrate Judge Merz to Magistrate Judge Newman.

April 19, 2013.

                             s/ *Michael R. Merz*
                          United States Magistrate Judge

1